In the Matter of BOARD OF EDUCATION OF THE SCHOOL DISTRICT OF THE CITY OF NIAGARA FALLS et al., Respondents, against THE CITY OF NIAGARA FALLS et al., Appellants.

(Argued February 27, 1935; decided March 19, 1935.)

*George E. Carrie, Corporation Counsel,* for appellants.
*Robert L. Rice, Sr.,* for respondents.

Order affirmed, without costs. If the parties are unable to agree upon the form of the order, the form may be settled upon an application to this court. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.